UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ISAIAH DANIELS,
    Plaintiff,

vs.                                      Case No.:  3:23cv4038/MCR/ZCB

OFFICER ROASKE, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on February 9, 2024.  (Doc. 32).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 32) is adopted and incorporated by reference in this order.

2. Plaintiff's Motion for Appointment of Counsel (ECF No. 33), filed after the Report and Recommendation, is **DENIED**. There is no constitutional right to counsel in civil cases. *See Bass v. Perrin*, 170 F.3d 1312 (11th Cir. 1999).

3. This case is **DISMISSED without prejudice** under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim. *See Coleman v. Thompson*, 501 U.S. 722, 752 (1991); *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987).

4. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 21st day of May 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**